JENNIE SUGARMAN, Suing upon Her Own Behalf as a Stockholder of, and for the Benefit of All Other Stockholders of BROOKLYN-MANHATTAN TRANSIT CORPORATION, Similarly Situated, Who May Elect to Come in and Contribute to the Expense of This Action, Respondent, v. GERHARD M. DAHL and Others, Defendants, Impleaded with SERGE RUBINSTEIN and BRITISH AMERICAN EQUITIES, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BESSIE MARKOFF and JOHN MARKOFF, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STELLA SAVICH KACHMARSKI, Appellant, v. WALTER KACHMARSKI, Respondent. — Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

UNITED STATES CASUALTY COMPANY, Respondent, v. NEPTUNE STORAGE, INC., Formerly Known as NEPTUNE STORAGE VAN COMPANY, INC., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PHILIP ZWIRN, as Administrator, etc., of JOE JACOBS, Deceased, Appellant, v. DOMINICK GALENTO, Also Known as TONY GALENTO, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [177 Misc. 238.]

HILDA ROGERS, Respondent, v. JACQUES W. MALINIAC, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD STAMER, Respondent, v. DUNBAR NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

MILTON G. HAUER, Appellant, v. PHILIP J. RUDDEN, as Executor, etc., of FLORENCE RUDDEN, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and reinstate the verdict in favor of plaintiff.

RIVERSIDE ST. CLAIR CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment, so far as appealed from, unanimously reversed, with costs, and the complaint dismissed, with costs. No actionable negligence on the part of the defendant was shown. (Uppington v. City of New York, 165 N. Y. 222.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL CAMITTA, SR., Respondent, v. SAMUEL CAMITTA, JR., and LOUIS CAMITTA, Appellants.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between THE BURLINGTON CORPORATION, Respondent, and THE RABHOR COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.